UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, N. C.

JUN 2 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN RE:                )   MISC. NO. 3:06-MJ-115
                      )   **UNDER SEAL**
                      )   ORDER
CRIMINAL COMPLAINT    )   ~~MOTION~~ TO SEAL CRIMINAL COMPLAINT
                      )   AFFIDAVIT AND APPLICATION

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Criminal Complaint Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Criminal Complaint Affidavit and Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 2nd_ day of June, 2006

_____
UNITED STATES MAGISTRATE JUDGE