UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:06CR51-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| (1) RICARDO DURAN | ) | |

Pursuant to the government's motion, for the reasons stated therein, the Clerk is directed to seal the motion for preliminary order of forfeiture filed this date and the related order, as well as this motion to seal and the related order to seal, until further order of the Court.

Signed: December 28, 2006

Frank D. Whitney
United States District Judge