UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:06CR51-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER TO UNSEAL** |
| | ) | |
| RICARDO DURAN | ) | |

    Pursuant to the government's motion, for the reasons stated therein, the Clerk is directed to unseal the preliminary order of forfeiture filed herein on January 10, 2007, and the related motion for the preliminary order, which was filed on December 22, 2006, as well as the motion to seal and the related order to seal filed at that time.

    Signed: September 28, 2007

Frank D. Whitney
United States District Judge