UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:06CR51-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **FINAL ORDER AND** |
| ) | **JUDGMENT OF FORFEITURE** |
| RICARDO DURAN. ) | |
| ) | |

On January 10, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. §853 and Fed. R. Crim. P. 32(d)(2), based upon the defendant's plea to Counts One and Two in the Bill of Indictment. On May 20, May 27 and June 3, 2008, the United States published in the Mecklenburg Times, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed.

Based on the record in this case, including the defendant's admissions by his plea of guilty to the charges in Counts One and Two, the Court finds, in accordance with Fed. R. Crim. P. 32.2(c)(2) and (e)(1)(B), that the defendant had an interest in the property listed below that is forfeitable under 21 U.S.C. §853(p). The Preliminary Order of Forfeiture has therefore become final as to this property, and it is subject to forfeiture pursuant to Rule 32.2(c)(2) and Rule 32.2(e)(1)(B).

It is therefore ORDERED, ADJUDGED AND DECREED that all right, title, and interest in the following property is hereby forfeited to the United States for disposition according to law: **the sum of $347,193.35 tendered to the government on or about November 28, 2006, as a substitute <u>res</u> for real property located at 3226 North Knoll Drive, Los Angeles, California**.

Signed: October 16, 2008

*[signature: Frank D. Whitney]*

Frank D. Whitney
United States District Judge